# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

MARVIN EALY, JR.,
    Plaintiff

v.                                CASE NUMBER: 22-C-0323

ANTHONY WAGNER, et al.,
    Defendants

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that plaintiff shall take nothing by his complaint and judgment is entered in favor of defendants on the merits.

| | |
|---|---|
|      March 10, 2023 | Gina M. Colletti |
| Date | Clerk |
| | s/ K. Rafalski |
| | (By) Deputy Clerk |